IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHANEEKA SMITH, *on behalf of herself and all others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-818-RP |
| NATIONWIDE EVICTION, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff Shaneeka Smith's ("Smith") Notice of Voluntary Dismissal. (Dkt. 2). In her notice, Smith indicates that she is voluntarily dismissing her claims against Defendant Nationwide Eviction, LLC ("Nationwide") without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Nationwide has not served an answer or a motion for summary judgment. Smith's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

**SIGNED** on December 10, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE